An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN M. BETSINGER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KATHLEEN E. DELANEY, DISTRICT
JUDGE,
Respondents,
  and
D.R. HORTON, INC., A NEVADA
CORPORATION; AND DHI
MORTGAGE COMPANY, LTD., A
TEXAS PARTNERSHIP, F/K/A CH
MORTGAGE COMPANY I, LTD., A
NEVADA LIMITED PARTNERSHIP,
Real Parties in Interest.

No. 68182

**FILED**

JUN 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION AND MOTION FOR STAY

This is an original petition for a writ of mandamus or prohibition requesting that this court direct the district court to follow certain procedures in the trial that is currently underway. Petitioner has also filed a motion to stay the trial. Having considered the documents on file herein, we are not persuaded that our extraordinary intervention is warranted. NRS 34.160; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); NRAP 8(c); *see*

15-17751

*also Fritz Hansen A/S v. Dist. Court.*, 116 Nev. 650, 6 P.3d 982 (2000). Accordingly, we deny both the petition and its accompanying motion for a stay.

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kathleen E. Delaney, District Judge
Feldman Graf
McDonald Carano Wilson LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A